UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Crim. No. 01-293 (FSH) |
| | : | |
| v. | : | **ORDER APPOINTING FEDERAL** |
| | : | **PUBLIC DEFENDER** |
| RHOMNY ABREU, | : | |
| | : | |
| Defendant. | : | |
| | : | |

This matter being before the Court upon defendant's pro se motion for reduction in sentence pursuant to 18 U.S.C. § 3582, and it appearing that the Federal Public Defender has notified the Court that defendant may qualify for reduction of sentence, and it further appearing that the Federal Public Defender seeks to be appointed counsel for defendant for purposes of this motion,

**IT IS** on this 25th day of April, 2008,

**ORDERED** that Chester M. Keller from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent the defendant in this case until further order of the Court.

/s/ Faith S. Hochberg
United States District Judge