AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Rhomny Abreu ) | Case No: 01-cr-293 (FSH) |
| ) | USM No: |
| Date of Previous Judgment: 06/21/2002 ) | Chester Keller, AFPD. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### AMENDED Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **144** months **is reduced to** **120**.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 120 to 135 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS
The government has represented, without objection from defense counsel, that the defendant is not eligible for the benefits of a safety valve provision, and no motion for a departure below the statutory mandatory minimum was made by the government. See memrandum of AUSA Percell dated May 2, 2008 at p.4, f.n.3.
11/10/08 AMENDMENT: Previous guideline range modified; clerical error.

Except as provided above, all provisions of the judgment dated **06/21/2002** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/10/2008

Effective Date: 11/10/2008
(if different from order date)

Faith S. Hochberg, U.S.D.J.
Printed name and title